IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | CA 06 198T |
| v. | ) | Civil No. ______ |
| TEXTRON INC. and SUBSIDIARIES, | ) | |
| Respondent. | ) | |

**DECLARATION OF DOUGLAS R. CARMICHAEL**

I, Douglas R. Carmichael, pursuant to the provisions of 28 U.S.C. § 1746, declare:

1. I have been engaged by the Department of Justice to explain the purpose, preparation, and use of tax accrual workpapers by corporate taxpayers and their independent auditors.

**Qualifications**

2. I am the Wollman Distinguished Professor of Accountancy at Baruch College of the City University of New York. I am a Certified Public Accountant licensed to practice accountancy, including performing audits of financial statements, by the State of New York. I hold a Ph.D. in Accountancy from the University of Illinois.

3. From May 2003 to January 2006 I served as the Chief Auditor and Director of Professional Standards of the Public Company Accounting Oversight Board (PCAOB or Board). I was the primary adviser to the Board on accounting and auditing matters as well as the head of its standard setting division. The PCAOB is the regulator of auditors of public companies, created by the Sarbannes Oxley Act of 2002. The PCAOB registers auditing firms, inspects the audit practice of those firms, and sets professional standards for the performance of audits of

financial statements of public companies. A public company must have its annual financial statements audited by an auditing firm that is registered with the PCAOB.

4. Before joining the PCAOB, from January 1983 to May 2003, I taught auditing at Baruch College and acted as a consultant to auditing firms, attorneys in litigation, and various state and federal government agencies. My consulting assignments have included testifying both for and against auditing firms in litigation about their conformity with professional standards, including those applicable to workpapers, and conducting investigations on behalf of the New York State Office of Professional Discipline. I have been qualified as an expert witness on accounting and auditing matters by state and federal courts.

5. Before joining Baruch College, I was Vice President, Auditing, at the American Institute of Certified Public Accountants (AICPA), the national professional organization for CPAs. In this capacity, I served as the head of the division responsible for establishing auditing standards.

6. In my over 40 year career as a practitioner, teacher, or consultant on independent auditing, I have reviewed audit workpapers, including tax accrual workpapers, and become familiar with the auditing standards, practices, and procedures related to the preparation and use of tax accrual workpapers by auditing firms. At both the AICPA and the PCAOB, I participated directly in the development of auditing standards and interpretations of auditing standards that govern the practice of the independent auditor's preparation and use of tax accrual workpapers.

7. I have also developed manuals on how to perform audits and prepare workpapers that are published by the Practitioners Publishing Company and that are used in the daily auditing practice of thousands of auditing firms throughout the United States. These manuals include

specific sections on auditing the income tax component of financial statements and preparing workpapers including tax accrual workpapers.

8. My qualifications are further described in my resume attached as an exhibit to this declaration.

**Background on Professional Standards**

9. Management of a company is responsible for preparing financial statements in conformity with generally accepted accounting principles, or GAAP. The independent auditor is responsible for auditing those financial statements in conformity with generally accepted auditing standards, or GAAS, and expressing an opinion on whether they are presented fairly in conformity with GAAP. GAAP determine how financial statements are prepared and presented. GAAS determine what the auditor is required to do in expressing an opinion on financial statements. GAAP are established by the Financial Accounting Standards Board (FASB) and published in Statements on Financial Accounting Standards (SFAS) and interpretations of those standards.

10. GAAS have been established by the AICPA and published in a series of Statements on Auditing Standards (SAS). The AICPA also issues Auditing Interpretations of the SASs, which are interpretive recommendations on the application of the SASs in specific circumstances. In 2003, the PCAOB assumed responsibility for the development of auditing standards for audits of public companies.

11. **Statement of Financial Accounting Standards (SFAS) 109, *Accounting for Income Taxes*.** SFAS 109 establishes financial accounting standards for the effects of income taxes that result from a company's activities during the current and preceding years. The

objectives of accounting for income taxes are to recognize in a company's internal accounting records and public financial statements (a) the amount of taxes payable or refundable for the current year and (b) the future tax consequences of transactions and events that have been recognized in the company's financial statements or tax returns in the form of the effect on the company's assets and liabilities (referred to as deferred tax assets and liabilities).

12. Deferred tax assets and liabilities arise because tax laws often differ from the recognition and measurement requirements of financial accounting standards. The differences between recognition and measurement in the tax return and in the financial statements are referred to as temporary differences. A deferred tax liability or asset represents the increase or decrease in taxes payable or refundable in future years as a result of temporary differences and carryforwards at the end of the current year.

13. Proper accounting in accordance with SFAS 109 generally requires a public company to maintain a schedule that identifies the types and amounts of existing temporary differences and the nature and amount of each type of operating loss and tax credit carryforward.

14. **Statement of Financial Accounting Standards (SFAS) 5, *Accounting for Contingencies*.** SFAS 5 establishes financial accounting standards for conditions, situations, or circumstances involving uncertainty as to possible losses or gains. SFAS 5 requires accrual (i.e., recognition and measurement in accounting records and financial statements) of an estimated loss if it is probable that a loss has been incurred at the date of the financial statements and the amount of loss can be reasonably estimated. SFAS 5 applies to the assessment of whether a tax position taken in a company's tax return that is subject to uncertainty will ultimately result in an additional tax liability. For example, a loss and additional liability would result if the IRS

determines that a tax deduction taken in a tax return should be disallowed. The tax liability may be for taxes currently payable or for a deferred tax liability depending on whether there is a temporary difference between the tax return and the financial statements.

15. **Statement on Auditing Standards 96, *Audit Documentation*.** SAS 96 establishes auditing standards and procedures for the written record the auditor makes of the auditing procedures performed, evidence obtained, and conclusions reached by the auditor in an audit of financial statements. Audit documentation has generally in the past been referred to as audit working papers. Because the auditor's record may be in paper form, electronic form, or other media, the term audit documentation is generally preferred.

16. Audit documentation provides the principal support for the auditor's report including the representation regarding adherence to the standards of fieldwork of generally accepted auditing standards (GAAS). Audit documentation should be sufficient to show that the standards of fieldwork have been observed, including particularly that the auditor has obtained sufficient competent evidential matter through the auditing procedures applied to afford a reasonable basis for an opinion on public financial statements.

17. The quantity, type, and content of audit documentation are matters of the auditor's professional judgment and are influenced by factors such as the risk of material misstatement of the subject matter being audited and the extent of judgment involved in performing the work and evaluating the results. Also, certain auditing requirements specify the audit documentation that has to be prepared for certain matters, including the income tax accrual.

18. **Auditing Interpretation (AUI sec. 326), *The Effect of an Inability to Obtain Evidential Matter Relating to Income Tax Accruals*.** An interpretation of auditing standards

provides guidance on the appropriate evidence and audit documentation that should be obtained with respect to a company's income tax accrual. The interpretation relates to the auditor's access to a company's tax accrual workpapers, which is the company's tax liability analysis, an analysis of the items reflected in financial statements as income or expense for which the ultimate tax treatment is unclear.

19. The interpretation indicates that limitations on the auditor's access to information he or she considers necessary to audit the tax accrual will affect his or her ability to issue an unqualified opinion on the financial statements. An unqualified or clean opinion states that the financial statements are fairly presented in conformity with GAAP and is the form of opinion a public company must file with the Securities and Exchange Commission.

20. The interpretation makes clear that the auditor has to have access to the client's appropriate documentation of the calculation or contents of the accrual for income taxes and access to client personnel responsible for making the judgments and estimates relating to the accrual. The interpretation also makes clear that the auditor needs to prepare adequate audit documentation of the audit procedures applied, evidence obtained, and conclusions reached concerning the client's tax liability contingency analysis.

21. The interpretation states that the auditor's documentation of the results of auditing procedures directed at the tax accounts and related disclosures should include sufficient competent evidential matter about the significant elements of the client's tax liability contingency analysis. This documentation should include the following:

a. Copies of the client's documents, schedules, or analyses (or auditor-prepared summaries thereof) to enable the auditor to support his or her conclusions regarding the appropriateness of the client's accounting and disclosure of significant tax-related contingency matters.

b. The procedures performed and conclusions reached by the auditor and, for significant matters, the client's documentary support for its financial statement amounts and disclosures.

c. Significant elements of the client's analysis of tax contingencies or reserves, including roll-forward of material changes to such reserves.

d. The client's position and support for income tax related disclosures, such as its effective tax rate reconciliation, and support for its intra-period allocation of income tax expense or benefit to continuing operations and to items other than continuing operations.

e. The client's basis, if applicable, for assessing deferred tax assets and related valuation allowances.

f. The advice or opinions, if applicable, rendered by an outside advisor to the client on potentially material matters or other sufficient documentation or abstracts supporting both the transactions or facts addressed as well as the analysis and conclusions reached by the client and advisor.

The auditor cannot rely on the opinion of the client's tax advisor because auditors are CPAs who have knowledge, training, and experience in tax matters.

**Creation of Tax Accrual Workpapers**

22. The management of a public company is responsible for its tax accrual, support for the accrual, and the related disclosures. Management has a responsibility to present financial statements that fairly present the corporation's financial position, results of operations, and cash flows in conformity with GAAP. Income taxes are usually one of the most material items in the financial statements, and management needs adequate support for the amounts and disclosures in the financial statements related to income taxes.

23. Management's tax accrual workpapers are prepared by the corporation's own tax accountants to document the contents of the accrual for income taxes, including the current and deferred liabilities for income taxes. These liabilities reflect management's judgment about the likely outcome of the review by an IRS agent of the positions management has or expects to take in its tax returns. The liabilities for current and deferred taxes should reflect the likely outcome for matters the IRS is likely to challenge.

24. The independent auditor examines the corporation's support for the tax accrual as part of obtaining evidence to express an opinion on whether the corporation's financial statements are fairly presented in conformity with GAAP. The independent auditor inspects the corporation's tax accrual workpapers and interviews the accounting, tax, and other personnel involved in developing the tax accrual.

25. The independent auditor makes his or her own record of the work performed on the tax accrual in the auditor's tax accrual workpapers. These workpapers document what the auditor did and what the auditor concluded.

**Information in the Auditor's Tax Accrual Workpapers**

26. The independent auditor reviews the corporation's records, including its tax accrual workpapers, and interviews client personnel responsible for making the judgments and estimates relating to the accrual and makes a record in the tax accrual workpapers.

27. The independent auditor has to identify the tax positions that management has taken on unclear, aggressive, or questionable matters and evaluate the merit of those positions and, thus, the likely outcome of challenge by the IRS.

28. The independent auditor makes an item-by-item analysis to identify areas in which the corporate taxpayer has taken a position that may at some future date require the payment of additional taxes. The auditor evaluates the amount of exposure and the probability of additional liability. The tax accrual by management has to be reasonable and adequate to cover the additional liability that is assessed as probable, or likely, to occur. The independent auditor has to be satisfied with the overall sufficiency of the current and deferred tax liabilities presented in the financial statements. The tax accrual workpapers record the procedures performed, evidence obtained, and conclusions reached on these matters.

29. The information the auditor needs to examine cannot be restricted by management. The auditor will need to see any analysis and information that bears in any significant way on the adequacy of the tax accrual. This information might include internal correspondence, such as emails and memos, as well as formal analyses. The auditor will also need access to any personnel involved in making the judgments and estimates relating to the accrual. The auditor will then need to record in the auditor's tax accrual workpapers the details of these matters, including the information listed in paragraph 21. Thus, the auditor's tax accrual

workpapers will contain an item-by-item analysis of the client's tax contingency analysis and the auditor's judgment on the correctness of the client's tax position.

**Relation of Tax Accrual Workpapers to the Tax Return**

30. The independent auditor's tax accrual workpapers are not used in the preparation of the tax return by the corporate taxpayer's tax accountants. The independent auditor's tax accrual workpapers record the auditor's own judgment about the material accuracy of the client's tax accrual and, thus, about the correctness of the tax positions the client has taken in prior returns or expects to take in future returns.

31. These judgments all relate to transactions that have already taken place and the effects of which are presented in the financial statements under audit. The tax accrual workpapers are not a factor in a client's decision to enter a transaction. The independent auditor's tax accrual workpapers record the auditor's judgment about the tax effects of transactions that have already occurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2006.

DOUGLAS R. CARMICHAEL



1668589.1