UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 06-198T |
| | : | |
| TEXTRON INC. and SUBSIDIARIES | : | |

**ENTRY OF APPEARANCE**

John A. Tarantino and Patricia K. Rocha of Adler Pollock & Sheehan P.C. hereby enter their appearance on behalf of the Defendants.

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 5/8/2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2006, I caused to be served via facsimile and electronic mail a copy of this document on the following counsel of record:

Thomas P. Cole, Esq.
Jennifer D. Auchterlonie, Attorney
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

*380884_1.doc*