**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

Petitioner,

v. C.A. No. 06-198T

TEXTRON, INC. and SUBSIDIARIES,

Respondent.

**CASE MANAGEMENT ORDER**

For the reasons stated on the record on June 13, 2006, it is hereby ORDERED that:

(1) Textron, Inc. and subsidiaries ("Textron") shall file its response to the Petition to Enforce Internal Revenue Summons not later than August 11, 2006;

(2) if the United States chooses to submit a reply to Textron's filing, it shall do so not later than September 15, 2006;

(3) Textron's memorandum shall not exceed twenty (20) pages in length and its exhibits, collectively, shall not exceed fifty (50) pages in length;

(4) at or before the time at which Textron files its response, Textron shall indicate whether or not it will agree to a six-month extension of the applicable statute of limitations (if such an extension becomes necessary);

(5) not later than July 7, 2006, Textron shall produce to the United States: (1) all relevant, non-privileged documents in its possession that are responsive to the Summons and (2) a privilege log listing all other relevant documents in its possession for which a privilege is claimed; and

(6) counsel for Textron shall confer with counsel for the United States as to the proper handling of any documents that were found within Textron's tax accrual workpapers files but that are, in Textron's counsel's judgment, not relevant to the matters addressed in the Summons.

Additionally, the Court notes that Textron has waived any requirement of further service of the Petition to Enforce Internal Revenue Summons.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 6/16/06