IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-198T |
| | ) | |
| TEXTRON INC. and SUBSIDIARIES | ) | |
| | ) | |
| Respondent. | ) | |

**FEDERAL RULES OF CIVIL PROCEDURE**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respondent, Textron Inc., states that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

TEXTRON INC. AND SUBSIDIARIES
By their attorneys

/s/ John A. Tarantino

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

ARTHUR L. BAILEY
J. WALKER JOHNSON
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
*(admitted pro hac vice)*

Dated: August 11, 2006

CERTIFICATION

I certify that on this 11th day of August, 2006, I sent a true copy of the within Federal Rules of Civil Procedure Rule 7.1 Disclosure Statement by Regular Mail to:

THOMAS P. COLE
JENNIFER D. AUCHTERLONIE
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 2004

/s/ John A. Tarantino
JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607