IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 06-198 |
| | ) | |
| TEXTRON INC. and SUBSIDIARIES, | ) | |
| | ) | |
| Respondent. | ) | |

**UNITED STATES' EXPEDITED MOTION FOR ENLARGEMENT OF REPLY BRIEF TO 15 PAGES**

The United States moves for an enlargement of its reply brief to 15 pages and avers as follows:

1. Under the June 13, 2006 case management order, the Government's reply to the opposition memorandum and affidavits submitted by Textron, Inc., and Subsidiaries is due on September 15, 2006. The case management order does not specify a page limitation for the Government's reply.

2. The United States understands that this Court limits replies to five-pages; the Government did not have this understanding at the time of the case management conference.

3. In opposing the Government's petition, Respondent submitted a twenty-page brief and twenty pages of affidavits. In addition, Respondent furnished the government with two privilege logs (one for Textron, Inc., and one for Textron Financial Corporation) containing a total of thirty-three spreadsheet pages asserting various privileges, and a fourteen-page introduction to the privilege logs. These materials were not available to the government prior to the commencement of this action.

5. The United States seeks leave to file a fifteen-page reply. A fifteen-page reply is necessary to respond properly to the Respondent's submission. The Government's reply will explain why the withheld documents are not protected by the work product doctrine or the attorney-client or tax practitioner (Section 7525) privileges and why the summons was not issued for an improper purpose.[1]

6. The United States could not fully anticipate and address the privilege claims or the allegations of improper purpose in initial papers as it could only surmise Respondent's challenges and defenses to enforcement.

WHEREFORE, the United States seeks the entry of an order allowing a reply of 15 pages.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Thomas P. Cole
THOMAS P. COLE
JENNIFER AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9611

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge

---

1 The United States may also submit supplemental affidavits that specifically rebut or respond to some specific points that the Respondent's witnesses make in their affidavits. We do not expect such supplemental affidavits (if submitted) to be more than a total of five pages in length.


1899644.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **UNITED STATES' EXPEDITED MOTION FOR ENLARGEMENT OF LENGTH OF REPLY BRIEF TO ALLOW FOR FILING OF A 15-PAGE BRIEF** has been made by filing it with the Court via the ECF system, this 6th day of September, 2006. There are no parties that need to be served by manual means.

/s/ Thomas P. Cole
THOMAS P. COLE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9611