**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

Petitioner,

vs. C.A. No. 06-198T

TEXTRON, INC.,

Respondent.

**ORDER SCHEDULING EVIDENTIARY HEARING**

On **Thursday June 7, 2007** at **2pm**, the Court will hold a hearing to receive any relevant evidence the parties may wish to present, particularly with respect to the following issues:

1. What specific types of documents are included in the "Tax Accrual Workpapers" and "backup" documentation?
2. What basis did Textron have for anticipating litigation with the IRS at the time it created the tax accrual workpapers?
3. Why is the IRS unable to otherwise obtain the factual information contained in the tax accrual workpapers?
4. What was Textron's purpose for preparing the tax accrual workpapers?

IT IS SO ORDERED:

Ernest C Torres

Ernest C. Torres
Sr. U.S. District Judge
May 15, 2007