IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Petitioner, )
v. ) Civil No. 06-198
TEXTRON INC. and SUBSIDIARIES, )
Respondent. )

District Court of the United States
District of Rhode Island
Filed in open Court
this 26 day of June 2007
Clerk

**STIPULATION**

It is hereby stipulated by and between the parties:

1. For Respondent's federal income tax liability for tax years 1987 through 1992, Respondent filed the following case in United States Tax Court: Textron Inc. and Subsidiary Companies, Petitioner v. Commissioner of Internal Revenue, Respondent, No. 20643-98. This proceeding was the subject of an opinion of the Tax Court dated August 7, 2000 (reported at 115 T.C. No. 6) (on one issue), which was the subject of an opinion of the Court of Appeals for the First Circuit dated July 16, 2003 (reported at 336 F.3d 26) in favor of the Taxpayer. This same proceeding was the subject of a separate opinion of the Tax Court dated August 21, 2001 (reported at 117 T.C. 67) (on a second unrelated issue) in favor of the Government.

2. For Respondent's federal income tax liability for tax years 1959 through 1962, Respondent filed the following refund suit in United States District Court: Textron, Inc., Plaintiff, v. United States of America, Defendant, Civ. A. No. 4072 (U.S.D.C. D. R.I.). This proceeding was the subject of an opinion of the District Court dated June 7, 1976 (reported at 418 F. Supp. 39), which was the subject of an opinion of the Court of Appeals for the First Circuit dated June 23, 1977 (reported at 561 F.2d 1023) in favor of the Taxpayer.

3. The parties do not believe that Respondent has filed any other lawsuits in United States Tax Court or United States District Court relating to its federal income tax liability for any tax years since 1959, but reserve the right to supplement this stipulation should additional lawsuits come to the attention of either party.

Dated: 6/26/07

Thomas P. Cole, Esq.
Trial Attorney, Tax Division
Department of Justice
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9611
Attorney for the Petitioner

John A. Tarantino
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Direct Line: (401) 824-1342
Attorney for the Respondent

*421452_2.doc*