AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America v. Textron, Inc. and Subsidiaries

CASE NUMBER: CA06-198T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Jennifer Auchterlonie, Thomas Cole | Arthur Bailey, J. Walker Johnson, John A. Tarantino |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 26, 2007 | Debra D. Lajoie | Ryan Jackson |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/26/07 | | | W-1 Roxanne Cassidy |
| | A | 6/26/07 | X | FULL | Textron Tax Reserve Analysis - 12/2000 |
| | | 6/26/07 | | | W-2, Norman Richter |
| | B | 6/26/07 | X | FULL | Chief Counsel Advice Memo (12/12/06) |
| | | 6/26/07 | | | W-3, Edward Vasconcellos |
| | | 6/26/07 | | | W-4, Douglas R. Carmichael |
| | | 6/26/07 | | | W-5, Gary Kane |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.