# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**
**Plaintiff,**

**v.** **C.A. No. 06-198T**

**TEXTRON INC. AND SUBSIDIARIES**
**Defendant.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter in favor of the Respondent, Textron Inc. And Subsidiaries and against the Petitioner, United States of America in accordance with the Court's Memorandum and Order dated August 28, 2007, DENYING Petitioner's Motion to Enforce IRS Summons.**

Enter:

/s/ Paula Farrell Pletcher
Deputy Clerk

DATED: **AUGUST 29, 2007**