IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil No. 06-198 |
| | ) | |
| TEXTRON, INC., and SUBSIDIARIES, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America, Petitioner and Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment (docket entry no. 25) and Memorandum and Order (docket entry no. 24), both of which were entered on August 29, 2007.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Thomas P. Cole
THOMAS P. COLE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9611
Thomas.P.Cole@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **NOTICE OF APPEAL** has been made by filing it with the Court via the ECF system, this 22nd day of October, 2007. There are no parties that need to be served by manual means.

/s/ Thomas P. Cole
THOMAS P. COLE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9611